# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TRACEY ANN STERLING, | : | No. 42 EAL 2016 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| KAI WARD LYMAN, | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| TRACEY ANN STERLING, | : | No. 43 EAL 2016 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| KAI WARD LYMAN, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of June, 2016, the Petition for Allowance of Appeal and "Petition Vacate, Remand, and/or Stay Family Court Orders Based on Its Recent Orders" are DENIED.